Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Nora Gutierrez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA GUTIERREZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERSE INC., a Massachusetts Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06547-RGK-MAR<br><br>**NOTICE OF RELATED CASES** |

**PLEASE TAKE NOTICE** that pursuant to Central District Local Rule 83-1.3.1, Plaintiff advises the Court that this action (*Nora Gutierrez v. Converse Inc.*) is related to the following eleven (11) previously-filed and pending actions:

(1) *Arisha Byars v. The Goodyear Tire and Rubber Co.*, Case No. 5:22-cv-01358-SSS-KK (The "Goodyear Action").

(2) *Miguel Licea v. Old Navy, LLC*, Case No. 5:22-cv-01413-SSS-SP (The "Old Navy Action").

(3) *Sonya Valenzuela v. M.A.C. Cosmetics Inc.*, Case No. 5:22-cv-01360-SSS-KK (The "M.A.C. Action").

(4) *Annette Cody v. Boscovs, Inc.*, Case No. 8:22-cv-01434-SSS (The "Boscovs Action").

(5) *Annette Cody v. LaCoste USA*, Case No. 8:23-cv-00235-SSS) ("The LaCoste Action"),

(6) *Arisha Byars v. Macys, Inc.*, Case No. 5:23-cv-00456-SSS-KK (The "Macys Action").

(7) *Miguel Licea v. Timex.com, Inc.*, Case No. 5:23-cv-00691-SSS-KK (The "Timex Action").

(8) *Annette Cody v. Skullcandy, Inc.*, Case No. 2:23-cv-03356-SSS-KK (The "Skullcandy Action").

(9) *Annette Cody v. P.C. Richard and Son Service Company, Inc.*, Case No. 2:23-cv-03438-SSS-KK (The "P.C. Richard Action").

(10) *Arisha Byars v. Sephora USA Inc.*, Case No. 5:23-cv-00883-SSS-KK (The "Sephora Action").

(11) *Miguel Esparza v. Tracfone Wireless, Inc.*, Case No. 2:23-cv-04863-SSS-KK (The "Tracfone Wireless Action").

The matters are related because all eleven matters (a) arise from a closely related event and involve the same case theories and plaintiff's counsel; (b) call for

determination of the same questions of law and fact; and (c) would entail substantial duplication of labor if heard by different judges.

The information required by Local Rule 83-1.3.1 is set forth below:

**First**, all eleven matters arise from a closely related event in that (1) the causes of action are the same in all the matters; and (2) the operative facts are the same in all the matters, as all the cases involve alleged illegal wiretapping by a website owner of chat conversations with visitors and related invasions of privacy.

**Second**, all eleven matters call for the determination of the same question of law – namely, whether a website owner who records the chat conversations on its website and shares them with a third party violate the California Invasion of Privacy Act ("CIPA") found at California Penal Code 632 et seq.

**Third**, the matters will likely entail substantial duplication of labor if heard by different judges because: (1) the arguments relating to the sufficiency of the pleadings, class certification, discovery, and summary judgment will likely be materially identical in all eleven matters; (2) the eleven pending matters precede the *Nora Gutierrez v. Converse Inc.* matter by between one month weeks and one year, and (3) the Court in the *Goodyear, Boscov'*s, and *Old Navy* matters has already issued rulings addressing the sufficiency of the pleadings.

This Notice is being filed immediately after counsel for Plaintiff learned that *Nora Gutierrez v. Converse Inc.* had been removed from state court to federal court.

DATED: August 15, 2023            TAULER SMITH LLP

By: _____
Robert Tauler
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023 , I electronically filed the foregoing **NOTICE OF RELATED CASES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Robert Tauler*

Robert Tauler