Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Wendy Miele (SBN 165551)
wmiele@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Nora Gutierrez*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA GUTIERREZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERSE, INC., a Massachusetts Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06547-KK-MAR<br>*Hon. Kenly Kiya Kato*<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

1  LIVIA M. KISER (SBN 285411)
     *lkiser@kslaw.com*
2  MICHAEL D. ROTH (SBN 217464)
     *mroth@kslaw.com*
3  SAMUEL C. CORTINA (SBN 310778)
     *scortina@kslaw.com*
4  
   MICHAEL R. PANEK (SBN 346775)
5    *mpanek@kslaw.com*
6  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
7  Los Angeles, CA 90071
8  Telephone:   (213) 443-4355
   Facsimile:    (213) 443-4310
9  
10 Attorneys for Defendant
   CONVERSE INC.
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT

By and through their attorneys of record, who are set forth below, Plaintiff Nora Gutierrez ("Plaintiff") and Defendant Converse Inc. ("Defendant") (collectively, the "Parties") hereby submit this jointly signed Case Management Report, pursuant to the Court's Reassignment Order.  (ECF No. 34.)

**A.   Date of Filing of Case**

The instant case was filed in the Superior Court of California, County of Los Angeles, on July 5, 2023.  It was removed to the United States District Court, Central District of California, on August 10, 2023.

**B.   List of Parties**

- Plaintiff: Nora Gutierrez, on behalf of herself and all others similarly situated
- Defendant: Converse Inc., a Massachusetts Corporation
- Defendants: Does 1 through 25, inclusive

**C.   Summary of All Claims**

Plaintiff alleges violation of the California Invasion of Privacy Act (Cal. Penal Code § 631(a)) ("CIPA") against Converse for allegedly aiding and abetting a third party, non-party Live Agent, in eavesdropping and/or wiretapping a communication Plaintiff allegedly had with Converse while using the chat box feature of Converse's website.  Plaintiff purports to represent the following class: "All persons within California who within the statute of limitations period: (1) communicated with Defendant via the chat feature on Defendant's Website using cellular or landline telephony, and (2) whose communications were recorded and/or eavesdropped upon without prior consent."  (ECF No. 1-2 (Complaint) at ¶ 16.)

Plaintiff also alleges claims for direct violations of CIPA and violation of the California Unauthorized Access to Computer Data Act (Cal. Penal Code § 502(e)) ("CDAFA").  Those claims were dismissed with prejudice in the Court's Order on Converse's Motion to Dismiss.  (ECF No. 24 at 3, 7.)

**D.     Events Underlying the Action**

Plaintiff alleges she visited Converse's website (www.converse.com) and utilized its chatbox feature within a year from the date of filing of her Complaint. Plaintiff alleges she was not informed that her conversations with the chatbox were being recorded and exploited by a third party, Live Agent, for commercial surveillance purposes without her consent.

Converse contends that it does not permit any third party to access, eavesdrop, or wiretap any communications that it has on the chatbox feature of its website. Converse further contends that Plaintiff's Complaint is a cut-copy-paste pleading that relies on conclusory allegations that do not comport with the facts.

**E.     Relief Sought and Damages Claimed**

Plaintiff seeks an Order for Class Certification; an Order declaring Defendant's conduct in violation of CIPA; an Order of Judgment in favor of Plaintiff and the Class against Defendant on the causes of action asserted in the Complaint; an Order enjoining Defendant's conduct as alleged in the Complaint; statutory damages pursuant to CIPA; punitive damages; prejudgment interest; reasonable attorneys' fees and costs; and all other relief that would be just and proper as a matter of law or equity, as determined by the Court.

**F.     Status of Discovery**

Plaintiff and Defendant have both served written discovery requests which are to be answered in early 2024 by the agreement of the parties.

**G.     Procedural History of the Case**

**Filing.**  The instant case was filed in the Superior Court of California, County of Los Angeles, on July 5, 2023.  It was removed to the United States District Court, Central District of California, on August 10, 2023.

**Notice of Related Cases.**  On August 15, 2023, Plaintiff filed a Notice of Related Cases.  (ECF No. 10.)  Defendant opposed the Notice of Relates Cases on

August 16, 2023.  (ECF No. 12.)  The Honorable Judge Sykes denied Plaintiff's Notice of Related Cases and declined to transfer the instant case on August 30, 2023. (ECF No. 13.)

**Motion to Dismiss.**  On September 15, 2023, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss").  (ECF No. 14 (corrected version filed at ECF No. 17.)  The Court granted in part and denied in part the Motion to Dismiss, dismissing with prejudice Plaintiff's claims for direct violation of CIPA and claim for violation of CDAFA, and denying Defendant's request to dismiss Plaintiff's claim against Defendant for aiding and abetting a violation of CIPA by non-party Live Agent.  (ECF No. 24.)

**Rule 26(f) Report and Proposed Schedule.**  The Parties submitted a Rule 26(f) Report on October 30, 2023, with a jointly agreed proposed schedule including a trial date of February 5, 2025.  (ECF No. 25 at 10.)

**Scheduling Conference and Case Schedule.**  The Court held a Scheduling Conference on November 6, 2023, and thereafter set the following case deadlines:

- Trial: June 18, 2024
- Pretrial Conference: June 3, 2024
- ADR Settlement Conference: April 19, 2024
- Motion Cut-Off Date: April 3, 2024
- Discovery Cut-Off Date: March 20, 2024
- Last Day to Amend Complaint or Add Parties: December 10, 2023

The current case schedule does not include dates for a class certification motion, notice to the class in the event a certification order is entered, or expert disclosures and discovery.  (ECF Nos. 28, 29, & 30.)

**Answer to Complaint.**  Defendant filed an Answer to Plaintiff's Complaint on November 10, 2023.  (ECF No. 32.)

**Transfer to Judge Kato.** The instant case was transferred from Judge R. Gary Klausner to Judge Kenly Kiya Kato on November 20, 2023. (ECF No. 33.)

## H.     Other Deadlines

No other deadlines are in place. The parties have jointly requested a Telephonic Scheduling Conference Hearing. (ECF No. 35).

## I.     Consent to Magistrate Judge

The Parties do not consent to a magistrate judge for trial.

## J.     Statement from Counsel re Consent to Magistrate Judge

Counsel for each of the Parties represents that they have discussed the magistrate judge consent program with their respective clients and met and conferred to discuss the consent program and selection of a magistrate judge.

## K.     Need for Case Management Conference

As set forth in the Parties Joint Request for a Telephonic Scheduling Conference Hearing, (ECF No. 35), the Parties respectfully submit that there is an immediate need for a case management conference to be scheduled in the action to address the current case schedule.

In their Rule 26(f) Report, filed with the Court on October 30, 2023, the Parties submitted a proposed schedule that reflected their consideration of the needs of this particular case, including consideration of the class certification motion, notice period, and required discovery (including third party discovery). (ECF No. 25 at 10.) That schedule contemplated a trial date on February 5, 2025, and included deadlines for a class certification motion and expert discovery. (*Id.*)

The current case schedule, however, includes a trial date of June 18, 2024, with fact discovery closing March 20, 2024; does not include deadlines for a class certification motion or expert discovery; nor does it permit sufficient time to provide notice to class members in the event the Court issues an order certifying a class. (*See* ECF Nos. 28 & 29.)

The Parties therefore respectfully request a case management conference to discuss a revised case schedule that includes deadlines for and provides sufficient time for discovery, class certification, class notice, and expert discovery, and that comports with the Schedule of Pretrial Dates outlined in the Court's sample Order Setting Scheduling Conference. The Parties respectfully request that the following case schedule be adopted:

SCHEDULE OF PRETRIAL DATES

| Matter | Suggested Deadlines | Parties' Requested Deadline | Current Deadline |
|---|---|---|---|
| Last Day to Hear Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 10 weeks | **January 18, 2024** | **December 10, 2023** – Last day to Amend Complaint or Add Parties |
| Last Day to File Motion for Class Certification | N/A | **May 17, 2024** | Not Set |
| Fact Discovery Cut-Off | Generally, 6-9 months after the Scheduling conference | **May 6, 2024** | **March 20, 2024** (4 months after Scheduling Conference) |
| Last Day to Serve Initial Expert Reports | 2 weeks after Fact Discovery Cut-off | **May 20, 2024** | Not Set |
| Last Day to Serve Rebuttal Expert Reports | 6 weeks after Fact Discovery Cut-off | **June 17, 2024** | Not Set |
| Last Day to Hear Dispositive Motions | 9 weeks after Fact Discovery Cut-off | **July 8, 2024** | **April 3, 2024** (2 weeks after Fact Discovery Cut-Off) |
| Last Day to Conduct Settlement Proceedings | 9 weeks after Fact Discovery Cut-off | **July 8, 2024** | **April 19, 2024** – ADR Settlement Conference (4 weeks after Fact Discovery Cut-Off) |
| Expert Discovery Cut-Off | 10 weeks after Fact Discovery Cut-off | **July 15, 2024** | Not Set |
| Last Day to file Daubert Motions | 1 week after Expert Discovery Cut-off | **July 22, 2024** | Not Set |
| Last Day to file Motions in Limine | 4 weeks before Final Pretrial Conference | **December 12, 2024** | **May 3, 2024** |
| Final Pretrial Conference | 35 weeks after Fact | **January 9, 2025** | **June 3, 2024** |

|  | Discovery Cut-Off |  | (10 weeks after Fact Discovery Cut-Off) |
|---|---|---|---|
| Trial | 2 weeks after Final Pretrial Conference | **January 27, 2025** | **June 18, 2024** |

Dated:  December 7, 2023         By:    /s/ *Robert Tauler*
                                                    Robert Tauler, Esq.
                                                    TAULER SMITH LLP
                                                    Attorneys for Plaintiff Nora Gutierrez


Dated:  December 7, 2023         By:    /s/ *Livia M. Kiser*
                                                    Livia M. Kiser, Esq.
                                                    KING & SPALDING LLP
                                                    Attorneys for Defendant Converse, Inc.


Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 7, 2023         By:    /s/ *Robert Tauler*
                                                    Robert Tauler, Esq.
                                                    TAULER SMITH LLP
                                                    Attorneys for Plaintiff Nora Gutierrez

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record by CM/ECF and by email to the following addresses:

Livia M. Kiser
lkiser@kslaw.com
Samuel C. Cortina
scortina@kslaw.com
Michael Panel
mpanek@kslaw.com
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

*Attorney for Converse Inc.*

DATED: December 7, 2023                    TAULER SMITH LLP

                                           By:    */s/ Robert Tauler*
                                                  Robert Tauler, Esq.
                                                  Attorneys for Plaintiff
                                                  Nora Gutierrez

JOINT CASE MANAGEMENT STATEMENT