UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-6547-KK-MARx** | Date: | June 7, 2024 |
|---|---|---|---|
| Title: | *Nora Gutierrez v. Converse Inc., et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Plaintiff's Counsel Should Not Be Sanctioned For Failure to Comply with the Court's Local Rules

On July 5, 2023, plaintiff Nora Gutierrez ("Plaintiff") filed a class action Complaint against defendant Converse Inc. ("Defendant") in Los Angeles County Superior Court, alleging the chat feature on Defendant's website records communications from Plaintiff and other California users of Defendant's website without their consent in violation of California's Invasion of Privacy Act and Comprehensive Computer Data Access and Fraud Act. ECF Docket No. ("Dkt.") 1-2. On August 10, 2023, the action was removed to this Court. Dkt. 1.

On May 16, 2024, Plaintiff filed a Motion for Class Certification ("Motion"). Dkt. 83. Both Plaintiff and Defendant filed Applications seeking to file certain documents under seal in connection with the briefing on the Motion. Dkts. 84, 91, 97. However, as the Court stated in its June 6, 2024 Order regarding the parties' Applications, Plaintiff's counsel failed to comply with the Court's Local Rules with respect to procedures for filing documents under seal. See dkt. 104 at 3. Among other things, Plaintiff's counsel failed to provide defense counsel with a complete list of the confidential documents Plaintiff intended to file in connection with the Motion, failed to incorporate defense counsel's proposed redactions to such documents to eliminate or minimize the need for filing under seal, and failed to respond to defense counsel's meet and confer efforts regarding documents and information designated by Plaintiff as confidential.[1] See id.

---

[1] As the Court previously noted, this is not Plaintiff's first failure to comply with the Court's Local Rules. See dkt. 86 at 4 (denying Plaintiff's Motion to Reconsider the Magistrate Judge's April 24, 2024 Order for failure to meet and confer as required by Local Rule 7-3).

Pursuant to Local Rule 83-7, a "willful, grossly negligent, or reckless" violation of any of the Court's Local Rules may subject the offending party or counsel to monetary sanctions.  Accordingly, Plaintiff's counsel, Robert Tauler, Wendy L. R. Miele, Betsy Tauler, Camrie M. Ventry, and Narain A. Kumar, are **ORDERED TO SHOW CAUSE** in writing why they should not be sanctioned in the amount of $500 each for their multiple failures to comply with the requirements of Local Rule 79-5.2.2(b).  Plaintiff's counsel shall have **up to and including June 12, 2024** to respond to this Order.

**Plaintiff is explicitly warned that failure to comply with this Order may result in additional sanctions, including monetary and/or terminating sanctions.**

**IT IS SO ORDERED.**