JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORA GUTIERREZ, | Case No. CV 23-6547-KK-MARx |
|---|---|
| Plaintiff(s), | |
| v. | JUDGMENT |
| CONVERSE INC., ET AL., | |
| Defendant(s). | |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant Converse Inc. and this action is dismissed with prejudice.

Dated: July 12, 2024

HONORABLE KENLY KIYA KATO
United States District Judge